Mark A. Romeo (SBN 173007)
mromeo@crowell.com
Derek S. Hecht (SBN 273039)
dhecht@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949.263.8400
Facsimile: 949.263.8414

Pilar R. Stillwater (SBN 260467)
pstillwater@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
Accenture LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNOLD BRYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACCENTURE LLP; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF RONALD J. ROBERTS IN SUPPORT OF DEFENDANT ACCENTURE LLP'S REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT BASED ON TRADITIONAL DIVERSITY OF CITIZENSHIP JURISDICTION [28 U.S.C. §§ 1332 and 1441]**<br><br>Action Filed:   September 10, 2015<br>Trial:   Not Yet Set |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DECLARATION OF RONALD J. ROBERTS
IN SUPPORT OF REMOVAL TO USDC

IRactive-6729340.2

I, Ronald J. Roberts, hereby declare and state as follows:

1. I am the Secretary for Accenture Inc., which is the managing partner of Defendant Accenture LLP. In this capacity, I am familiar with Accenture LLP's corporate and organizational structure. If called upon to do so, I could and would testify to the following from my personal knowledge. All of the statements made in this declaration regarding the corporate ownership and structure of Accenture LLP are current, and reflect changes in Accenture LLP's corporate structure executed in August, 2015.

2. Accenture LLP is and, has been at all times since this lawsuit was filed, an Illinois limited liability partnership comprised of two partners: Accenture Inc. and Accenture LLC. Accenture Inc., a Delaware corporation, is the managing partner of Accenture LLP, and Accenture LLC, a Delaware limited liability company, is the second partner. Accenture LLP's headquarters and principal place of business is located in the State of Illinois, where decisions regarding the direction and control of Accenture LLP's business are made, and where Accenture LLP's activities are coordinated.

3. Accenture Inc. is a Delaware corporation. Accenture Inc. is a holding company that owns 5.5734% of Accenture LLP. Accenture Inc.'s corporate filings are made in Delaware. Accenture Inc. does not conduct any business and has no headquarters. All decisions made on behalf of Accenture Inc. related to the direction and control of Accenture LLP are made in Illinois, where Accenture LLP's headquarters and principal place of business are located. Accenture Inc. is wholly owned by Accenture Holdings plc, which is organized under the laws of Ireland and with its principal place of business in Ireland. Accenture Holdings plc is controlled by Accenture plc, which is organized under the laws of Ireland and with its principal place of business in Ireland.

4. Accenture LLC is a Delaware limited liability company which owns 94.3266% of Accenture LLP. Accenture LLC is a holding company that does not conduct any business. All decisions made on behalf of Accenture LLC related to the direction and control of Accenture LLP are made in Illinois, where Accenture LLP's headquarters and principal place of

///

1  business are located.. Accenture LLC's sole member is Accenture Sub Inc., a Delaware
2  corporation.

3      5.    Accenture Sub Inc. is a Delaware corporation with its principal place of business
4  in Illinois, the state where its officers direct, control, and coordinate its activities, and where the
5  regular offices of its corporate president, treasurer, and secretary are located.  Accenture Sub Inc.
6  is wholly owned by Accenture Inc.

7  I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.

9  Executed this 24th day of September 2015, at Chicago, Illinois.

                                                *Ronald J. Roberts*
                                                Ronald J. Roberts

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

DECLARATION OF RONALD J. ROBERTS
IN SUPPORT OF REMOVAL TO USDC

IRactive-6729340.2

# PROOF OF SERVICE

I, Tina Solorio, state:

My business address is 3 Park Plaza, 20th Floor, Irvine, CA 92614-8505. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DECLARATION OF RONALD J. ROBERTS IN SUPPORT OF DEFENDANT ACCENTURE LLP'S REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT BASED ON TRADITIONAL DIVERSITY OF CITIZENSHIP JURISDICTION [28 U.S.C. §§ 1332 and 1441]**

on the following person(s) in this action:

**Please see attached Service List**

☒ BY FIRST CLASS MAIL: I am employed in the County of Orange County where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 24, 2015, at Irvine, California.

_____
Tina Solorio

*Reynold Bryan v. Accenture LLP, et al.*

## SERVICE LIST

| | |
|---|---|
| Christopher R. Le Clerc<br>Le Clerc & Le Clerc LLP<br>235 Montgomery Street, Suite 1019<br>San Francisco, CA 94104<br>Telephone:  415.445.0900<br>Facsimile:  415.445.9977<br>Email:  chris@leclerclaw.com | Attorneys for Plaintiff<br>Reynold Bryan |