UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNOLD BRYAN,<br><br>    Plaintiff,<br><br>v.<br><br>ACCENTURE LLP,<br><br>    Defendant. | Case No. 3:15-cv-04400-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have agreed to settle the case in its entirety. Consequently, the Court vacates the settlement conference on March 10, 2016, and dismisses this case without prejudice. If any party certifies to the Court within **thirty** days from the date of this order that the parties were unable to finalize the terms of an enforceable written settlement agreement, or that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal will be with prejudice after the passage of the thirty days.

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
JAMES DONATO
United States District Judge